UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AEROS AERONAUTICAL SYSTEMS CORP.,  ) Case No. CV 15-1712-PJW
                                   )
                  Plaintiff,       )
                                   ) J U D G M E N T
            v.                     )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                  Defendant.       )
_____)

    Consistent with this Court's concurrently filed Findings of Fact and Conclusions of Law, the Court enters Judgment in favor of Plaintiff Aeros Aeronautical Systems Corp. against Defendant and awards damages of $6,882,918.

    IT IS SO ORDERED.

    DATED: November 20, 2017.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE